

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00017-CV

Wolfgang P. Hirczy **DE MINO**, Ph.D.,
Appellant

v.

Felipe N. **GOMEZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI19920
Honorable Cathleen M. Stryker, Judge Presiding

## C O R R E C T E D   O R D E R

Sitting:        Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Lori I. Valenzuela, Justice

On February 16, 2022, this court issued an opinion and judgment dismissing this appeal for lack of jurisdiction. Also on February 16, 2022, appellant filed a motion for rehearing. After considering the motion for rehearing, the motion for rehearing is DENIED.

On February 24, 2022, appellant filed "Appellant's TRAP 10.5(a) Motion Regarding Irregularities in the Record." After considering the motion, the motion is DENIED.

It is so ORDERED on this 19th day of April, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court